5th July 2021

Civil Action #
21-cv-01205-GPG

To the Court

I, ~~or~~ Seth Adam Thirsk, wish
to make it known that I
the Plaintiff in Civil Action #
21-cv-01205-GPG that
on this day Monday July the
6th, have not recieved a notice
that the defendants have
been served or that they
have Refused Copy of Service,
I do not have any means
to serve Said defendants
and need to have the
Clerk of the Court Serve
Sumons to defendants Elder
and Gillespie. Any Motion to
Dissmiss for failure to serve
should be rejected. I only
recently recieved a Notice
of Entry or Appearance, from
Terry Sample and later that
same day got a Phone Call
Stateing that she would enter
a motion for dismisal, no
reason given, and would like
It know I intend to rebutal
fight against any motion to dismiss.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 09 2021

JEFFREY P. COLWELL
CLERK

dismiss.

Plaintiff!

Seth Adam Thirsk

7/5/21

Seth Thiosk
A0343697
Criminal Justice

%o Magistrate Nina Y. Wang
United States District Court
901 Nineteenth Street  Rm. A105
Denver, Colorado. 80294-3589

80294-26900  0044